**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

```
MARILYN DARCEL WALTON,         )
                               )
Plaintiff,                     )
                               )
   v.                          )   CAUSE NO: 2:17-CV-170
                               )
MICHAEL RICHARD PENCE, et al., )
                               )
Defendants.                    )
```

## OPINION AND ORDER

This matter is before the Court on the "Motion to Amend" (DE #10) filed by Plaintiff, Marilyn Darcel Walton, on July 11, 2017. Walton continue to demonstrate that she either cannot or will not produce a complaint that complies with the federal rules of civil procedure. Furthermore, the time for doing so has passed. This matter has already been dismissed with prejudice and the case is closed. The motion is **DENIED.**

**DATED: July 25, 2017**          **/s/RUDY LOZANO, Judge**
                                  **United States District Court**

1